UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80141-CIV-ZLOCH

GLORIA PEEPLES, as Parent and
Natural Legal Guardian of
KADIAN PEEPLES, a Minor,
et al.,

    Plaintiffs,

vs.                    **FINAL ORDER OF DISMISSAL**

JKS & K, INC., d/b/a McDonalds,
a Florida corporation,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Motion To Approve Settlement Agreement And Dismiss Case With Prejudice (DE 11), filed herein by the Plaintiff, Gloria Peeples, as Parent and Natural Legal Guardian of Kadian Peeples, a minor, and Violet Peters, as Parent and Natural Legal Guardian of Talissa Peters, a minor, and Defendant, JKS & K, Inc. d/b/a McDonald's.  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court has scrutinized the terms of the Parties' settlement agreement for fairness, and finds that it is in accord with the requirements set out in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

    Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion To Approve Settlement Agreement And Dismiss Case With Prejudice (DE 11) be and the same is hereby **GRANTED**;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of April, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record